UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DERRICK FORD** | **CASE NO. 1:23-CV-01358** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARK WOOD ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

The Report and Recommendation [Doc. No. 31] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 33] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Ruston Parish Sherriff's Office Motion to Dismiss [Doc. No. 6] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant Dr. Slaughter's Motion to Dismiss [Doc. No. 10] is **DENIED** specifically as to Plaintiff's official capacity claims; **DENIED as moot** as to Plaintiff's claim for punitive damages; **DENIED as moot** to Plaintiff's state law medical malpractice claim; and **DENIED** as to Plaintiff's § 1983 claims.

MONROE, LOUISIANA, this 6th day of September 2024.

_____
Terry A. Doughty
United States District Judge