UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DERRICK FORD** | **CIVIL ACTION NO. 23-cv-1358** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARK WOOD ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 44] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 36] is **DENIED**.

**MONROE, LOUISIANA**, this the 27th day of November 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE