**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

DERRICK FORD

VERSUS

MARK WOOD, ET AL

CIVIL ACTION NO. 23-1358

JUDGE ALEXANDER C. VAN HOOK

MAGISTRATE JUDGE PEREZ-MONTES

## MEMORANDUM RULING

Before the Court is a motion to seal a video exhibit ("Sealed Video") filed by the plaintiff, Derrick Ford ("Ford"), in support of a motion in limine to exclude testimony of an expert witness. Record Document 98. The public has a common law right of access to judicial records. *Nixon v. Warner Commc'n, Inc.*, 435 U.S. 589, 597-98 (1978). As such, the United States Court of Appeals for the Fifth Circuit has held that "the working presumption is that judicial records should not be sealed" and that "[s]ealing judicial records and blocking public access require a 'stricter balancing test.'" *June Med. Serv. LLC v. Phillips*, 22 F.4th 512, 521 (5th Cir. 2022). To seal a judicial record, the district court "must undertake a document-by-document, line-by-line balancing of the public's common law right of access against the interests favoring nondisclosure." *Id.*

Here, the Court has conducted an in camera review of the Sealed Video and finds that Ford's privacy interests outweigh the public's right of access. First, the Sealed Video clearly depicts Ford's penis as he urinates during an alleged medical emergency. In showing Ford's genitals as he urinates, the Sealed Video captures him

1

during a deeply private moment—one that both state and federal law have recognized as carrying a heightened privacy interest. *See, e.g.*, 18 U.S.C. § 1801 (criminalizing the video recording "of a private area of an individual without their consent[.]"); La. Stat. Ann. § 14:283 (criminalizing video voyeurism). Second, the Sealed Video has been trimmed to a short length of time, roughly one minute, and thus ensures that the public is not denied access to any more material than necessary. Therefore, the Court finds that the Sealed Video satisfies the Fifth Circuit's "stricter balancing test."

**DONE AND SIGNED** at Shreveport, Louisiana, this 27th day of May, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

2